U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JUL 28 AM 10: 42

CLERK

BY LAW
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| ELEMENT 3 INC., d/b/a WEST BRANCH GALLERY, <br><br> Plaintiff <br><br> v. <br><br> CINCINNATI INSURANCE COMPANY <br><br> Defendant |
|---|

DOCKET NO.: 21-cv-152

**STIPULATION FOR DISMISSAL**

The parties, through their attorneys as duly authorized stipulate and agree under F.R.Civ.P. 41(a)(1) that any and all claims by and between all parties shall be dismissed with prejudice, each party to bear their own costs and attorney fees, and no party admitting to liability or wrongdoing.

DATED: July 16, 2021

By: _____
Elizabeth Conolly, Esq
Stackpole & French
P.O. Box 819
Stowe, VT 05672-0819
(802) 253-7339
econolly@stackpolefrench.com

Attorneys for Plaintiff
Element 3 Inc., d/b/a West Branch Gallery

DATED: July 13, 2021

By: _____
Antonin I. Z. Robbason
RYAN SMITH & CARBINE, LTD.
98 Merchants Row
P.O. Box 310
Rutland, VT 05702-0310
(802) 786-1070
aizr@rsclaw.com

Attorneys for Cincinnati Insurance Company

**SO ORDERED:**

Dated at Burlington, this 25th day of July, 20 21.

_____
Christina Reiss, U.S. District Court Judge

1142164.docx